UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:   2:18-cv-00093

Name of party requesting extension:   ANC Sports Enterprises, L.L.C.

Is this the first application for extension of time in this case?   [X] Yes    [ ] No

If no, please indicate which application this represents:   [ ] Second   [ ] Third   [ ] Other _____

Date of Service of Summons:   05/23/2018

Number of days requested:   [ ] 30 days   [ ] 15 days   [X] Other __45__ days

New Deadline Date:   07/30/2018   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:   Jeffrey L. Johnson

State Bar No.:   24029638

Firm Name:   Orrick, Herrington & Sutcliffe LLP

Address:   609 Main St., 40th Floor
Houston, TX 77002

Phone:   713.658.6450

Fax:   713.658.6401

Email:   jj@orrick.com

A certificate of conference does not need to be filed with this unopposed application.